**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

PRISCILA MENDEZ, *on behalf of herself, FLSA Collective Plaintiffs and the Class*,

                Plaintiff,

v.

BOCAITO, INC.,
NICOLE AYALA, and
MAYRA AYALA,

                Defendants.

Case No.: 1:23-cv-08192

**NOTICE OF**
**ACCEPTANCE**
**OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff PRISCILA MENDEZ hereby accepts and provides notice that she has accepted Defendants' Offer of Judgment dated June 11, 2024, and annexed hereto as **Exhibit A**.

Dated: June 12, 2024

                Respectfully submitted,

By:

C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff, FLSA Collectively Plaintiffs and the Class*

CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2024, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

LAW OFFICES OF ANTHONY OFODILE
Anthony C. Ofodile, Esq.
498 Atlantic Avenue
Brooklyn, New York 11217
acofodile@aol.com
*Attorney for Defendants*

By: _____
C.K. Lee, Esq.