UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRISCILA MENDEZ, *on behalf of herself, FLSA Collective Plaintiffs and the Class*, <br>                    Plaintiff, <br>   v. <br> BOCAITO, INC., <br> NICOLE AYALA, and <br> MAYRA AYALA, <br><br>                    Defendants. | Case No.: 1:23-cv-08192 <br><br> **RULE 68** <br> **JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant BOCAITO, INC., NICOLE AYALA, and MAYRA AYALA (collectively "Defendants"), having offered to allow Plaintiff PRISCILA MENDEZ ("Plaintiff") to take a judgment against them, in the sum of Fifteen Thousand Dollars and No Cents ($15,000) ("Judgment Amount"), inclusive of attorneys' fees and costs, to resolve all of Plaintiff's individual FLSA claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated June 11, 2024 and filed as Exhibit A to Docket Number 22;

**WHEREAS**, on June 12, 2024, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 22);

It is **ORDERED, and ADJUDGED,** that judgment is entered in favor of Plaintiff Priscila Mendez, in the sum of $15,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated June 11, 2024 and filed as Exhibit A to Docket Number 22. The Clerk of Court is respectfully directed to close this case.

                                              BRENNA B. MAHONEY
                                              CLERK OF COURT

Dated: June 14, 2024                    by: _____*Jalitza Poveda*_____
        Brooklyn, New York                            Deputy Clerk